JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

PAT SUAREZ,

    Plaintiff,

  v.

MSEA PROPERTIES LLC,

    Defendant.

)
)
)
)
)
)
)
)
)

Case No. CV 26-00230 FMO (MBKx)

**JUDGMENT**

   IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 14th day of April, 2026.

             /s/
           Fernando M. Olguin
          United States District Judge